JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>  v.   ) <br> ) <br> WILLIE FEATHERSTONE,  ) <br> ) <br> ) <br> Defendant.   ) <br> ) <br> _____ ) | No. CR 10-00523 DLJ <br><br> ORDER EXCLUDING TIME FROM AUGUST 3, 2010, TO AUGUST 6, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |

     For the reasons stated in open court and to which the parties stipulated on August 3, 2010, the Court ordered time excluded under the Speedy Trial Act from August 3, 2010, to August 6, 2010, to allow defense counsel to investigate the matter and additional legal issues, and for continuity of counsel.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B) the ends of justice

//

//

[*United States* v. *Willie Featherstone*, CR 10-00523-DLJ]
[Order Excluding Time]

1  served by the continuance outweigh the best interests of the public and the defendant in a speedy
2  trial. See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).
3
4          IT IS SO ORDERED.
5
6  DATED: 8/4/2010
7
8
9                                          HON. DONNA M. RYU
                                            United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[*United States* v. *Willie Featherstone*, CR 10-00523-DLJ]
[Order Excluding Time]