1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TREVOR RUSIN  (CABN 241940)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3695
7      Fax: (510) 637-3724
       E-Mail: trevor.rusin@usdoj.gov
8
9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                           OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )      No. CR 10-00523 DLJ
14                                   )
                                     )
15      v.                           )      ORDER EXCLUDING TIME FROM
                                     )      AUGUST 6, 2010, TO AUGUST 25, 2010,
16 WILLIE FEATHERSTONE,              )      FROM SPEEDY TRIAL ACT
                                     )      CALCULATION (18 U.S.C. §
17                                   )      3161(h)(7)(A) and (B))
        Defendant.                   )
18                                   )
                                     )
19

20         For the reasons stated in open court and to which the parties stipulated on August
21 6, 2010, the Court ordered time excluded under the Speedy Trial Act from August 6, 2010, to
22 August 25, 2010, to allow defense counsel to investigate the matter and additional legal issues,
23 and for continuity of counsel.  The Court found that (A) failure to grant the continuance would
24 unreasonably deny the defendant the reasonable time necessary for effective preparation and
25 review of discovery, taking into account the exercise of due diligence, and (B) the ends of justice
26
27 //
28 //

[*United States* v. *Willie Featherstone*, CR 10-00523-DLJ]
[Order Excluding Time]

1 | served by the continuance outweigh the best interests of the public and the defendant in a speedy
2 | trial. See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

4 |      IT IS SO ORDERED.

6 | DATED: 8/11/2010

[Judge Ryu seal: IT IS SO ORDERED / Judge Donna M. Ryu / United States District Court, Northern District of California]

HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Willie Featherstone*, CR 10-00523-DLJ]
[Order Excluding Time]