1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3695

7 | Fax: (510) 637-3724
E-Mail: trevor.rusin@usdoj.gov

8

9 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00523 DLJ |
|---|---|---|
| v. | ) | ORDER EXCLUDING TIME FROM AUGUST 25, 2010, TO SEPTEMBER 10, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| WILLIE FEATHERSTONE, | ) | |
| Defendant. | ) | |

For the reasons stated in open court and to which the parties stipulated on August 25, 2010, the Court ordered time excluded under the Speedy Trial Act from August 25, 2010, to September 10, 2010, to allow defense counsel to investigate the matter and additional legal issues.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking
into account the exercise of due diligence, and (B) the ends of justice served by the continuance

//

[*United States* v. *Willie Featherstone*, CR 10-00523-DLJ]
[Order Excluding Time]

1  outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
2  3161(h)(1)(7)(A) & (B)(iv).
3
4          IT IS SO ORDERED.
5
6  DATED:  8/25/2010
                                                   HON. DONNA M. RYU
7                                                  United States Magistrate Judge

[*United States* v. *Willie Featherstone*, CR 10-00523-DLJ]
[Order Excluding Time]