FILED

AUG 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIE FEATHERSTONE,<br><br>    Defendant. | No. CR-10-00523-DLJ (DMR)<br><br>DETENTION ORDER |

## I.  DETENTION ORDER

    Defendant Willie Featherstone is charged in a one-count indictment with violation of 18 U.S.C. §922(g)(1)( felon in possession of a firearm and ammunition). The United States moved for Mr. Featherstone's detention and asked for a detention hearing as permitted by 18 U.S.C. §3142(f)(1). Pretrial Services prepared a full bail study, which the Court reviewed. On August 25, 2010, before the Court took proffers from either party as part of a formal detention hearing, defense counsel submitted the matter on the information provided in the bail study, but reserved the right to present additional information at a later date should Defendant's circumstances change.

DETENTION ORDER
CR 10-00523-DLJ (DMR)                               1

cc: Copy to parties via ECF, Frances, Pretrial Services, 2 Certified copies
                                                         to US Marshal

After considering the limited information currently available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Featherstone and finds that no condition or combination of conditions will reasonably mitigate the serious risk of flight or the danger that Defendant poses to the community. *See* 18 U.S.C. §§3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

Specifically, considering the factors in 18 U.S.C. §3142(g), the Court notes that Mr. Featherstone's criminal history includes several violence or gun-related felony convictions, as well as a significant recent history of parole violations.

## II. CONCLUSION

The Court detains Mr. Featherstone as a serious flight risk as well as a danger to the community. Because Mr. Featherstone waived his right to present information under 18 U.S.C. §3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Mr. Featherstone's request at a future time.

Mr. Featherstone shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: August 25, 2010

DONNA M. RYU
United States Magistrate Judge