1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant WILLIE FEATHERSTONE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00523 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| WILLIE FEATHERSTONE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to Willie Featherstone, currently scheduled for Friday, February 18, 2011, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, March 4, 2011, at 9:00 a.m. for change of plea. The reason for the continuance is that defense counsel needs time to do additional investigation regarding Mr. Featherstone's prior convictions and criminal history in order to better advise him. A continuance to March 4, 2011, should give defense counsel time to continue with this investigation. The parties stipulate that the time from February 18, 2011,

to March 4, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that counsel can continue its investigation regarding Mr. Featherstone's prior convictions.

DATED: 2/17/11                      /s/
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: 2/17/11                      /s/
                                    TREVOR RUSSIN
                                    Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date, currently scheduled for Friday, February 18, 2011, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued two weeks to Friday, March 4, 2011, at 9:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from February 18, 2011, to March 4, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: February 17, 2011            _____
                                    HONORABLE D. LOWELL JENSEN
                                    United States District Judge