BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant WILLIE FEATHERSTONE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILLIE FEATHERSTONE,<br><br>                    Defendant. | No. CR 10-00523 DLJ<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br>DATE |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing in this case with respect to Willie Featherstone, currently scheduled for Friday, June 10, 2011, at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, July 22, 2011, at 10:00 a.m. for sentencing. The reason for the continuance is so that Mr. Featherstone can be interviewed by the probation officer prior to the issuance of the 35 day report. In addition, the continuance will allow defense counsel to obtain additional materials in preparation for sentencing.

*U S v. Willie Featherstone*, CR 10-00523 DLJ
Stip. Continuing Sentencing                                          - 1 -

Defense counsel has spoken to USPO Michelle Nero who has no objection to the proposed continuance. She is available should the matter be continued to July 22, 2011.

DATED: 5/04/11         \_\_\_\_/s/_____
                               JOYCE LEAVITT
                               Assistant Federal Public Defender


DATED: 5/04/11         \_\_\_\_\_/s/_____
                               JENNIFER GASPAR
                               Special Assistant United States Attorney


I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date, currently scheduled for Friday, June 10, 2011, at 10:00 a.m. before Honorable D. Lowell Jensen, shall be continued to Friday, July 22, 2011, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED:    May 5, 2011                    _____
                                         HONORABLE D. LOWELL JENSEN
                                         United States District Judge

*U S v. Willie Featherstone*, CR 10-00523 DLJ
Stip. Continuing Sentencing                           - 2 -